In the Matter of OGDENSBURGH HOTEL CORPORATION, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

870

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.